1  CHRISTOPHER D. BANYS (State Bar No. 230038)
2  JENNIFER L. GILBERT (State Bar No. 255820)
   **BANYS, P.C.**
3  1032 Elwell Court, Suite 100
   Palo Alto, California 94303
4  Telephone:  (650) 308-8505
   Facsimile:  (650) 353-2202

5  Attorneys for Plaintiff,
   JOE TSAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOE TSAI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY WEILI WANG, an individual<br><br>Defendant. | Case No. 4:17-CV-00614-DMR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR ENTRY OF JUDGMENT** |

### STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

Plaintiff Joe Tsai ("Tsai") and Defendant Wesley Weili Wang ("Wang"), by and through their respective counsel, have agreed to settle all aspects of the above-captioned cases. The parties stipulate to entry of judgment in the amount of seven hundred fifty thousand dollars ($750,000.00), in the proposed form attached as Exhibit A, which will be the Court's final judgment in this matter ("Judgment").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, as follows:

1. That judgment can be entered, and the Court is requested to enter Judgment in accordance with Exhibit A;
2. Each party is to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| Dated: August 14, 2017 | By: | */s/ Jennifer L. Gilbert* |
| | | Jennifer L. Gilbert |

Christopher D. Banys (State Bar No. 230038)
Jennifer L. Gilbert (State Bar No. 255820)
cdb@banyspc.com
jlg@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

**Attorneys for Plaintiff,
JOE TSAI**

Dated: August 14, 2017    By: */s/ Arvin C. Lugay*
Arvin C. Lugay

Kaspar & Lugay LLP
1606 Juanita Lane, Suite B
Tiburon, California 94920
arvin@kasparlugay.com
Office: 415-789-5881
Mobile: 415-238-1188
Fax: 415-366-1899

**Attorney for Defendant,
WESLEY WEILI WANG**

### Certificate of Attestation

I, Jennifer L. Gilbert, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Entry of Judgment. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the counsel whose e-signatures appear on the foregoing pages have concurred with this filing.

*/s/ Jennifer L. Gilbert*
Jennifer L. Gilbert

**PROPOSED ORDER**

Based on the parties' stipulation, and good cause being show, IT IS SO ORDERED. The Clerk of the Court is directed to enter the proposed form of judgment attached as Exhibit A as the Court's final judgment in this matter. All other existing dates in this matter are hereby vacated. This matter is terminated.

IT IS SO ORDERED.

Dated: August 15, 2017

_____
Hon. Donna M. Ryu
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Donna M. Ryu]*

STIPULATION AND [PROPOSED] ORDER FOR
ENTRY OF JUDGMENT

CASE NO.: 4:17-CV-00614-DMR